# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin Bailey, et al., | No. CV-14-01067-PHX-BSB |
| Plaintiffs, | **ORDER** |
| v. | |
| T.B.V. Enterprises, Inc., et al., | |
| Defendants. | |

The Court has considered the parties' Stipulation of Dismissal with Prejudice of Plaintiff Kevin Bailey's Claims Against All Defendants (Doc. 27), and good cause appearing,

**IT IS ORDERED** that the claims of Plaintiff Kevin Bailey against all Defendants are dismissed with prejudice and on the merits, each party to bear their own fees and costs.

Dated this 3rd day of June, 2015.

_____
Bridget S. Bade
United States Magistrate Judge